UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA

No. 5:16-MJ-1835-JG

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | **DISMISSAL OF COMPLAINT** |
| ) | |
| DARREN LEEARIS CAMERON HOPPER ) | |

On September 22, 2016, Defendant was charged in a Criminal Complaint with threatening to assault a federal law enforcement officer, in violation of 18 U.S.C. § 115(a)(1)(B).

Upon review of this matter, the government has decided not to proceed with prosecution at this time.

Accordingly, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses without prejudice the criminal complaint in this matter.

Respectfully submitted,

JOHN STUART BRCE
United States Attorney

/s/ Eric D. Goulian
ERIC D. GOULIAN
Assistant United States Attorney
310 New Bern Avenue, Suite 800
Raleigh, NC 27601
Tel:   919-856-4356
Email: Eric.Goulian@usdoj.gov

Leave for filing of the foregoing is
hereby granted this __22__ day of December, 2016.

_____
JAMES C. DEVER III
CHIEF UNITED STATES DISTRICT JUDGE